STATE OF OKLAHOMA
CLEVELAND COUNTY } S.S.
FILED
DEC 27 2023
In the office of the
Court Clerk MARILYN WILLIAMS

# IN THE DISTRICT COURT OF CLEVELAND COUNTY
# STATE OF OKLAHOMA

| | |
|---|---|
| Cody Wines, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Progressive Northern Insurance Company, a foreign, for-profit corporation,<br><br>Defendant. | Case No. CJ-2023-1583 |

## PETITION

**COMES NOW**, Cody Wines (hereinafter "Plaintiff" or "Wines"), for his claims against Defendant Progressive Northern Insurance Company (hereinafter "Defendant" or "Progressive") and states as follows:

1. That all material times herein, Plaintiff Wines is a citizen of Cleveland County.
2. Defendant is an Oklahoma Corporation in the State of Oklahoma. Defendant is authorized to issue insurance policies in the State of Oklahoma.
3. That Defendant is the insurance carrier for Wines in place when the events giving rise to this action occurred. The specific policy number is 957333786.
4. Policy Number 957333786 was issued to cover, in part, any damages sustained by the covered water vehicles.
5. Policy number 957333786 covered the water vehicles listed below (hereinafter collectively the "Waverunners"):

   a) 2003 Yamaha FX 140 Cruiser Waverunner, and
   b) 2008 Yamaha VX Cruiser

6. On or about July 29, 2023, the Waverunners were damaged when Plaintiff allowed prospective buyers, and at-the-time close friends, to operate the Waverunners.
7. The Waverunners were returned to Plaintiff in a damaged condition that was documented and promptly reported to Defendant.
8. At that time, Plaintiff made a claim with her insurance provider, Defendant Progressive, in which Progressive denied the coverage due to Plaintiff's alleged refusal to help in investigating the claim.
9. To be more specific, Defendant's allegation that Plaintiff refused to help was based upon the fact that Plaintiff could not force a third-party to take a recorded statement. Plaintiff provided all the contact information that they had to Progressive of the third-party but Progressive, ostensibly, wanted Plaintiff to forcibly make this third-party make a recorded statement.
10. Plaintiff executed the insurance agreement in Cleveland County, Oklahoma, therefore venue is appropriate.
11. Defendant breached the subject insurance contract by wrongfully denying Plaintiff's claim.
12. In its handling of Plaintiff's claim, Defendant breached the insurance contract and the implied covenant of good faith and fair dealing, as a matter of standard business practice, in the following respects:
    a. Defendant is failing and refusing payment and other policy benefits for the covered damage to the Plaintiff's Waverunners at a time when Defendant knew that it was entitled to those benefits;
    b. Defendant is failing to properly investigate Plaintiff's claim and to obtain additional

information both in connection with the original refusal;

c. Defendant is refusing to honor Plaintiff's claim in part for reasons contrary to the express provisions of the policy and/or Oklahoma law;

d. Defendant is refusing to honor Plaintiff's claim in some instances by applying restrictions not in the policy;

e. Defendant is refusing to honor Plaintiff's claim in some instances by knowingly misconstruing and misapplying provisions of the policy;

f. Defendant is failing to adopt and implement reasonable standards for the prompt investigation and reasonable handling of claim arising under these policies to include Plaintiff's claim;

g. Defendant has made no attempt to act in good faith to obtain a prompt, fair and equitable settlement of Plaintiff's claim once liability had become reasonably clear;

h. Plaintiff is forced, pursuant to its standard claims practice, to retain counsel to secure benefits Defendant knew or should have known were payable;

i. Defendant failed to properly evaluate any investigation that was performed;

j. Defendant continues to refuse to consider the reasonable expectations of the insured;

k. Defendant is failing and refusing to properly investigate and consider the insurance coverage promised to their insured;

l. It is believed that Defendant hired biased investigators and/or engineers to utilize reports to improperly investigate and consider; and

m. Defendant leaves Plaintiff without a choice other than to hire an attorney to enforce

proper payment of a claim.

13. All of the above are in violation of the covenant of good faith and fair dealing and resulting in a financial benefit to Defendant.

14. As a direct and proximate result of Defendant's breach of contract and breach of the implied covenant of good faith and fair dealing, Plaintiff has suffered the loss of the policy benefits, and other consequential damages.

15. Defendant recklessly disregarded and/or intentionally and with malice breached its duty to deal fairly and act in good faith entitling Plaintiff to recover punitive damages.

## PRAYER

**WHEREFORE,** premises considered, Cody Wines respectfully requests this Court enter an Order declaring that:

1. Actual damages in an amount **less** than Seventy-Five Thousand Dollars ($75,000.00) in accord with admissible evidence offered at trial;

2. Plaintiff should receive punitive damages in an amount determined by admissible evidence offered at trial;

3. Plaintiff should receive costs, pre-judgment interest and post-judgment interest, and attorney's fees; and

4. Plaintiff have and receive such other and further relief, as this Court shall deem just and equitable.



*Terry J. Garrett & Associates, P.C.* *421 E. Comanche, Suite A, Norman, Oklahoma 73071*
*Telephone: (405) 329-7644 Facsimile: (405) 360-5099*

Respectfully submitted,

**TERRY J. GARRETT & ASSOCIATES, P.C.**

By: ______________________

Andrew H. Garrett, OBA #33389
Terry J. Garrett, OBA #15237
421 E Comanche, Suite A
Norman, Oklahoma 73071
T: 405-329-7644
F: 405-360-5099
Andrew@TJGarrettlaw.com
Terry@TJGarrettlaw.com
Nicole@TJGarrettlaw.com
**ATTORNEYS FOR CODY WINES**

**VERIFICATION**

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

Cody Wines, of lawful age, being first duly sworn upon oath, states that:

He is the Petitioner above named. He has read the within and foregoing pleading, knows the contents thereof, and the matters and things therein stated are true and correct to the best of his knowledge and belief.

Cody Wines

SUBSCRIBED AND SWORN to before me this 20 day of December 2023.

NOTARY PUBLIC IN AND FOR STATE OF OKLAHOMA
OFFICIAL SEAL
NICOLE ARCHIE
Commission # 23014665
Expires November 3, 2027

Notary Public