**IN THE DISTRICT COURT OF CLEVELAND COUNTY
STATE OF OKLAHOMA**

STATE OF OKLAHOMA } S.S.
CLEVELAND COUNTY }
FILED
JAN 23 2024
In the office of the
Court Clerk MARILYN WILLIAMS

| | | |
|---|---|---|
| CODY WINES, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CJ-2023-1585 |
| | ) | |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, a foreign, for-profit corporation, | ) | *Honorable Jeff Virgin* |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PROGRESSIVE NORTHERN INSURANCE COMPANY'S
MOTION TO DISMISS PLAINTIFF'S PETITION[1]**

COMES NOW the Defendant, Progressive Northern Insurance Company ("Progressive"), and specially appears for the purpose of submitting this Motion to Dismiss pursuant to 12 O.S. §§ 2008(A)(2) and 2012(B)(6). In support of its Motion, Progressive states as follows:

1. This lawsuit arises out of alleged water vehicle damage that occurred on or about July 29, 2023.

2. Plaintiff filed his Petition on December 27, 2023, naming Progressive as Defendant.

---

[1] Defendant specifically reserves its right to remove this case should it be determined that it is governed by maritime law. This Motion to Dismiss is properly filed pursuant to 12 O.S. §§ 2008(A)(2) and 2012(B)(6) which are procedural in nature and do not defeat federal jurisdiction.

3. Effective September 10, 2013, the Legislature enacted pleading requirements for civil actions such as the instant case, which was filed against Defendant Progressive on December 27, 2023.

4. 12 O.S. § 2008(A)(2) requires that a pleading containing a prayer for relief in the amount of $75,000.00 or less specify the amount sought. Specifically, Oklahoma's Pleading Code now requires:

> A pleading which sets forth a claim for relief, whether an original claim, counterclaim, cross-claim or third-party claim, **shall** contain:
>
> . . . .
>
> 2. A demand for judgment for the relief to which he deems himself entitled. Every pleading demanding relief for damages in money in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code shall, without demanding any specific amount of money, set forth only that the amount sought as damages is in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code, except in actions sounding in contract. Every pleading demanding relief for damages in money in an amount that is required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code **or less shall specify the amount of such damages sought to be recovered**. Relief in the alternative or of several different types may be demanded.

(Emphasis added).

5. Plaintiff's prayer for judgment does not state that Plaintiff is seeking an amount of damages in excess of the amount required for diversity jurisdiction and, alternatively, does not specify the amount of damages sought to be recovered. Plaintiff's

December 27, 2023 prayer for relief claims "[a]ctual damages in an amount **less** than Seventy-Five Thousand Dollars ($75,000.00)", punitive damages, "costs, pre-judgment interest and post-judgment interest, and attorney's fees" as well as "such other and further relief as this Court shall deem just and equitable." *See* Plaintiff's Petition at page 4 (emphasis in original). However, the Petition does not contain a specific demand for judgment, as required in this instance by 12 O.S. § 2008(A)(2). Plaintiff's Petition is not in compliance with the Oklahoma Pleading Code, effective September 10, 2013, and, therefore, fails to state a claim upon which relief can be granted and must be dismissed.

WHEREFORE, PREMISES CONSIDERED, Progressive Northern Insurance Company specially appears and pursuant to 12 O.S. §§ 2008(A)(2) and 2012(B)(6) respectfully prays the Court dismiss Plaintiff's December 27, 2023 Petition for failure to comply with the requirements of the Oklahoma Pleading Code.

In the alternative, Defendant has no objection to the Court granting Plaintiff leave to file an amended petition meeting the requirements of the Oklahoma Pleading Code.

Respectfully submitted,

**WILSON, CAIN & ACQUAVIVA**
300 N.W. 13th Street, Suite 100
Oklahoma City, OK 73103
Telephone: (405) 236-2600
Fax: (405) 231-0062

______________________________

Joseph T. Acquaviva, Jr., OBA #11743
JTAcqua@wcalaw.com
Tim D. Cain, OBA #11779
timcain@swbell.net
Ernest R. Walcher, III, OBA #33633
TrippW@wcalaw.com
**ATTORNEYS FOR DEFENDANT, PROGRESSIVE NORTHERN INSURANCE COMPANY**

## CERTIFICATE OF MAILING

On this 23rd day of January, 2024, a true and correct copy of the above and foregoing was mailed to the following counsel of record, proper postage prepaid:

Andrew H. Garrett
Terry J. Garrett
Terry J. Garrett & Associates, P.C.
421 E. Comanche, Suite A
Norman, OK 73071
**ATTORNEYS FOR PLAINTIFF**

______________________________

Joseph T. Acquaviva, Jr.
Tim D. Cain
Ernest R. Walcher, III