**IN THE DISTRICT COURT OF CLEVELAND COUNTY**
**STATE OF OKLAHOMA**

STATE OF OKLAHOMA } S.S.
CLEVELAND COUNTY
FILED
JAN 23 2024
In the office of the
Court Clerk MARILYN WILLIAMS

CODY WINES, an individual, )
)
Plaintiff, )
)
v. ) No. CJ-2023-1585
)
PROGRESSIVE NORTHERN INSURANCE ) *Honorable Jeff Virgin*
COMPANY, a foreign, for-profit corporation, )
)
Defendant. )

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant Progressive Northern Insurance Company's Motion to Dismiss Plaintiff's Petition will be heard on the ~~___~~ 26th day of February, 2024, at 9:00 A.m., before the Honorable Jeff Virgin at the Cleveland County Courthouse, 201 South Jones, Norman, Oklahoma 73069.

Respectfully submitted,

**WILSON, CAIN & ACQUAVIVA**
300 N.W. 13th Street, Suite 100
Oklahoma City, OK 73103
Telephone: (405) 236-2600
Fax: (405) 231-0062

______________________________
Joseph T. Acquaviva, Jr., OBA #11743
JTAcqua@wcalaw.com
Tim D. Cain, OBA #11779
timcain@swbell.net
Ernest R. Walcher, III, OBA #33633
TrippW@wcalaw.com
**ATTORNEYS FOR DEFENDANT, PROGRESSIVE NORTHERN INSURANCE COMPANY**

**CERTIFICATE OF MAILING**

On this 23rd day of January, 2024, a true and correct copy of the above and foregoing was mailed to the following counsel of record, proper postage prepaid:

Andrew H. Garrett
Terry J. Garrett
Terry J. Garrett & Associates, P.C.
421 E. Comanche, Suite A
Norman, OK 73071
**ATTORNEYS FOR PLAINTIFF**

Joseph T. Acquaviva, Jr.
Tim D. Cain
Ernest R. Walcher, III