# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Cody Wines, an individual,<br><br>Plaintiff,<br>v.<br><br>Progressive Northern Insurance Company, a foreign, for-profit corporation,<br><br>Defendant. | Case No. 5:24-cv-00125-HE |

## PLAINTIFF'S MOTION TO REMAND

**COMES NOW**, Cody Wines (hereinafter "Plaintiff" or "Wines"), for his claims against Defendant Progressive Northern Insurance Company (hereinafter "Defendant" or "Progressive") and states as follows:

1. On or about December 27, 2023, Plaintiff Cody Wines filed a petition in The District Court of Cleveland County, State of Oklahoma (hereinafter the "Cleveland County Case"). That case is styled CJ-2023-1585 in the aforementioned Cleveland County Case. Attached hereto collectively as **Exhibit "1"** is a true and correct copy of the Petition, Motion to Dismiss, and the Response to Defendant's Motion to Dismiss.
2. Defendant responded in The District Court of Cleveland County, State of Oklahoma by filing a motion to dismiss based on the fact that Plaintiff did not specify the amount of her damages in detail as required by 12 OS §2008(A)(2). This statute's specificity requirement only triggers when the Plaintiff pleads damages less than the $75,000.00 amount for diversity. As such, Plaintiff has filed a response to Defendant's motion to dismiss with an attached proposed amended petition which conforms with the statute.



*Terry J. Garrett & Associates, P.C. 421 E. Comanche, Suite A, Norman, Oklahoma 73071*
*Telephone: (405) 329-7644 Facsimile: (405) 360-5099*

3. Defendant's Motion to Dismiss filed in the District Court Case shows that they are aware that the damages are below the $75,000.00 required threshold to remove this action to federal court.
4. To put it succinctly, Defendant has plead at the district level that Plaintiff's damages are below $75,000.00 so Plaintiff should have to plead his damages with specificity but at the federal level, Defendant has plead that Plaintiff's damages are above $75,000.00. Plaintiff is confused as to Defendant's true position on the matter.
5. The last sentence of Defendant's Motion to Dismiss filed in the District Court Case states, "[i]n the alternative, Defendant has no objection to the Court granting Plaintiff leave to file an amended petition meeting the requirements of the Oklahoma Pleading Code."
6. Plaintiff filed a response attaching a proposed amended petition wherein Plaintiff specifies his damages. The total of his damages plead is less than the amount required for diversity.
7. Defendant removed this action without any communication with Plaintiff's counsel. Such communication would have solved the issues here and led to saving this Court's time.
8. At this time, This Court does not have subject matter jurisdiction over this action due to the fact that Plaintiff has specifically plead for damages less than $75,000.00.
9. 28 U.S.C § 1447(c) provides for Plaintiff's fees and expenses to be covered by Defendant in the event that this action is remanded.

## PRAYER

**WHEREFORE,** premises considered, Cody Wines respectfully requests this Court enter an Order declaring that:

1. The action be remanded back to The District Court of Cleveland County, State of

Oklahoma due to lack of subject matter jurisdiction. Specifically, the amount of damages does not exceed the required amount for diversity jurisdiction;

2. Defendant pay Plaintiff's fees and costs for having to remand this action; and

3. Plaintiff have and receive such other and further relief, as this Court shall deem just and equitable.

Respectfully submitted,

**TERRY J. GARRETT & ASSOCIATES, P.C.**

By: *s/Andrew H. Garrett*
Andrew H. Garrett, OBA #33389
Terry J. Garrett, OBA #15237
421 E Comanche, Suite A
Norman, Oklahoma 73071
T: 405-329-7644
F: 405-360-5099
Andrew@TJGarrettlaw.com
Terry@TJGarrettlaw.com
Nicole@TJGarrettlaw.com
**ATTORNEYS FOR CODY WINES**

## CERTIFICATE OF SERVICE

This is to certify that on February 23, 2024, I electronically transmitted the above document to the Clerk of the Court using the ECF System for filing and delivery via electronic mail to registrants shown below.

Joseph T. Acquaviva Jr.
Tim D. Cain
Ernest R. Walcher, III

*s/Andrew H. Garrett*
Andrew H. Garrett