**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) Cody WINES,<br><br>Plaintiff,<br>v.<br><br>(1) Progressive Northern Insurance Co.,<br><br>Defendant. | Case No. 5:24-cv-00125-HE<br><br>Honorable Joe Heaton |

**PLAINTIFF'S FINAL WITNESS LIST**

**COMES NOW**, Plaintiff, Cody Wines, ("Mr. Wines") by and through his undersigned attorney submits to Defendant, Progressive Northern Insurance Co., the following final witness list.

**WITNESS LIST**

| No | Name | Address | Proposed Testimony |
|---|---|---|---|
| **1** | Cody Wines | Can be contacted through Plaintiff's counsel. | Will testify to the facts and circumstances including but not limited to the insurance claim made to Progressive and its denial. |
| **2** | Samantha Rudder | Can be contacted through Plaintiff's counsel. | Will testify to the facts and circumstances including but not limited to the insurance claim made to Progressive and its denial. |
| **3** | Julia Tomlinson | Last known address 24785 Woodchuck Rd., Tecumseh OK 74873. Defendant's counsel has since procured an affidavit from Julia, thusly Defendant may have | Will testify to the facts and circumstances including but not limited to her driving the jet skis and subsequently damaging them. |

| No | Name | Address | Proposed Testimony |
|---|---|---|---|
| | | better contact information. | |
| **4** | Julia Tomlinson's Sister-in-law, name unknown ("Grace" was name provided) | Person unknown until Julia Tomlinson identifies the person that was on the other jet ski. | Will testify to the facts and circumstances including but not limited to them driving the jet skis and subsequently damaging them. |
| **5** | Yet unidentified Progressive employees that worked on this claim. | Can be contacted through Defendant's Counsel | Will testify to the facts and circumstances including but not limited to the adjudication of the insurance claim that forms the basis of this lawsuit. |
| **6** | Any witnesses, including expert witnesses, necessary to authenticate any document or exhibit. | | |
| **7** | Expert Witness of Defendant. To be disclosed pursuant to the deadline set forth by the Scheduling Order. | | |
| **8** | All witnesses identified during discovery. | | |
| **9** | Any individual referred to in any deposition or in any witness discovery response not objected to by Plaintiff. | | |
| **10** | Any witness deposed. | | |
| **11** | All witnesses needed for impeachment and rebuttal purposes. | | |
| **12** | All witnesses listed by Defendant and not objected to by Plaintiff. | | |
| **13** | Plaintiff reserves the right to amend this Witness List as discovery is ongoing. | | |

Respectfully submitted,

**AHG LEGAL**

By: ***s/Andrew H. Garrett***

Andrew H. Garrett, OBA #33389
620 N. Robinson Ave., Suite 203,
Oklahoma City, Oklahoma 73102
T: (405) 444-5580
F: (405) 363-6166
Andrew@AHGLegal.com
**ATTORNEY FOR CODY WINES**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October 2024, I electronically transmitted the foregoing document via email to:

Joseph T. Acquaviva, Jr.
Tim D. Cain
Wilson Cain & Acquaviva
**ATTORNEYS FOR DEFENDANT**

s/Andrew H. Garrett____________
Andrew H. Garrett