**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CODY WINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 5:24-cv-00125-HE |
| | ) | |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear his or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

*s/Andrew H. Garrett*

Andrew H. Garrett, OBA #33389
AHG Legal
620 N. Robinson Ave., Suite 203
Oklahoma City, OK 73102
Telephone: (405) 444-5580
Andrew@AHGLegal.com
ATTORNEYS FOR PLAINTIFF

*s/Tim D. Cain*
Tim D. Cain, OBA #11779
Wilson, Cain & Acquaviva
300 N.W. 13th Street, Suite 100
Oklahoma City, OK  73103
Telephone:  (405) 236-2600
Facsimile:   (405) 236-2607
ATTORNEYS FOR DEFENDANT